# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KIM B. JOHNSON & PATRICIA S. JOHNSON                    Case Number: 05-71148
1808 NORTH WINNEBAGO STREET         SSN-xxx-xx-1388 & xxx-xx-4178
ROCKFORD, IL  61103

Case filed on:    3/15/2005
Plan Confirmed on:  5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,600.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | KIM B. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROYCE FINANCIAL | 480.00 | 480.00 | 104.10 | 0.00 |
| 002 | SECURITY FINANCE | 192.14 | 192.14 | 41.68 | 0.00 |
| 003 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLOCKBUSTER VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 633.87 | 633.87 | 137.48 | 0.00 |
| 006 | CASH LOAN STORE | 312.50 | 312.50 | 67.78 | 0.00 |
| 007 | COMED CO | 1,186.90 | 1,186.90 | 257.43 | 0.00 |
| 008 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 326.10 | 326.10 | 70.72 | 0.00 |
| 010 | HOLLYWOOD VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 500.88 | 500.88 | 108.63 | 0.00 |
| 013 | NORTH MAIN ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 154.00 | 154.00 | 33.40 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASSET ACCEPTANCE CORP | 224.31 | 224.31 | 48.65 | 0.00 |
| 017 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SUPER AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 304.70 | 304.70 | 66.09 | 0.00 |
| 020 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | BECKET & LEE, LLP | 442.36 | 442.36 | 95.94 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 209.00 | 209.00 | 45.32 | 0.00 |
|  | Total Unsecured | 4,966.76 | 4,966.76 | 1,077.22 | 0.00 |
|  | Grand Total: | 6,330.76 | 6,330.76 | 2,441.22 | 0.00 |

Total Paid Claimant:     $2,441.22
Trustee Allowance:       $158.78
Percent Paid Unsecured:      21.69

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008              By   /s/Heather M. Fagan